IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. SNIDER,<br><br>               Plaintiffs,<br><br>             v.<br><br>CHRISTOPHER WOLPERT, Clerk of Court of Appeals for the Tenth Circuit; and SCOTT HARRIS, Clerk of United States Supreme Court,<br><br>               Defendants. | NO. CV 25-10787-JLS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint; request to proceed *in forma pauperis*; motion for appointment of counsel; emergency application for temporary restraining order and preliminary injunction, first amended emergency application for temporary restraining order and order to show cause re preliminary injunction, and all supporting papers; the Report and Recommendation of the United States Magistrate Judge ("Report"); and the Objections.  (Dkt. Nos. 2, 5, 6, 10, 11, 12, 14, 16.)  The Court has engaged in a *de novo* review of those portions of the Report to which objections

have been made.  The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that:

(1) The request to proceed *in forma pauperis* is denied and this action is dismissed without leave to amend;

(2) The motion for appointment of counsel is denied;

(3) The emergency applications for temporary restraining order and order to show cause re: preliminary injunction are denied; and

(4) Judgment be entered in favor of Defendants.


DATED:  December 18, 2025

_____
JOSEPHINE L. STATON
United States District Judge