JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. SNIDER, | NO. CV 25-10787-JLS (AGR) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHRISTOPHER WOLPERT, Clerk of Court of Appeals for the Tenth Circuit; and SCOTT HARRIS, Clerk of United States Supreme Court, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered in favor of Defendants.

DATED:  December 18, 2025

_____

JOSEPHINE L. STATON
United States District Judge